IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY L. WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | NO.   11-cv-04136 |
| CHRIS MARDER, et al., | ) ) ) | Honorable Ronald A. Guzman |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Vincent L. DiTommaso, the undersigned attorney, hereby certify that on the 28th day of July, 2010, I caused to be served a copy of the Appearances of Vincent L. DiTommaso, Peter S. Lubin and Patrick D. Austermuehle, on behalf of the Defendant, Michael Cottle, upon the Plaintiff by causing a true and correct copy of same to be placed in the U.S. Mail at 17W 220 22nd Street, Oakbrook Terrace, Illinois, with adequate postage thereon and properly addressed to the Plaintiff as follows:

> TO: Mary L. Williams
> P.O. Box 19574
> 10110 Donnay Drive
> Reno, Nevada 89511

> MICHAEL COTTLE

> By: s/ Vincent L. DiTommaso
>     One of his Attorneys

Vincent L. DiTommaso
Peter S. Lubin
Patrick D. Austermuehle
DiTOMMASO ♦ LUBIN, P.C.
17 W 220 22nd Street – Suite 200
Oakbrook Terrace, Illinois
(630) 333-0000